GUIDONE & GALARDI COMPANY, Respondent, *v.*
FRANCESCO CAGGIANO et al., Appellants.

(Submitted January 24, 1916; decided February 1, 1916.)

Motion for re-argument denied, with ten dollars costs.
(See 216 N. Y. 749.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* DOMINICK CALDRELLA, Appellant.

(Submitted January 4, 1916; decided February 1, 1916.)

Motion for re-argument denied. (See 216 N. Y. 730.)